**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62538-CIV-SMITH**

JAIME ESTUARDO TRINIDAD PENA,

Petitioner,

v.

U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT (ICE),
*et al.*,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

This matter is before the Court on Petitioner's Notice of Voluntary Dismissal [DE 4]. Upon consideration, it is

**ORDERED** that:

1. The Petition is **DISMISSED without prejudice**.
2. All pending motions not otherwise ruled on are **DENIED as moot**.
3. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record